```
RODNEY MESRIANI (SBN 184875)
SANAZ IMANI (SBN 336560)*
MESRIANI LAW GROUP
510 Arizona Ave.
Santa Monica, CA 90401
Tel.: (310) 826-6300
EMAIL ADDRESS: sanaz@mesriani.com
```

Attorneys for Plaintiff, Mohammad Dadkhah Tehrani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD DADKHAH TEHRANI; | Case No.: 2:24-CV-00484-DJC-JDP |
| Plaintiffs, | **STIPULATION TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| DOC MAINTENANCE, INC.; LOWE'S COMPANIES, INC.; LOWE'S HIW, INC.; AMIGO MOBILITY INTERNATIONAL, INC.; and DOES 1 TO 100, inclusive. | |
| Defendants. | |

TO THE HONORABLE COURT:

Plaintiff MOHAMMAD DADKHAH TEHRANI, Defendant LOWE'S HOME CENTERS, LLC, Defendant AMIGO MOBILITY INTERNATIONAL, INC., and Defendant DOC MAINTENANCE, INC., by and through their attorneys of record, hereby respectfully submit this request to modify the Court's Scheduling Order as follows:

1

**STIPULATION TO MODIFY SCHEDULING ORDER**

| | |
|---|---|
| Fact Discovery Cutoff Date: | 9/26/2025; |
| Joint Mid-Discovery Statement: | 5/9/2025; |
| Expert Disclosure Deadline: | 10/24/2025; |
| Supplemental Disclosure Deadline: | 11/21/2025; |
| Expert Discovery Cutoff Date: | 12/19/2025; |
| Dispositive Motion Filing Deadline: | 2/27/2026; |
| Dispositive Motion Hearing: | 4/16/2026 at 1:30 PM; |
| Final Pretrial Conference: | 7/2/2026 at 1:30 PM; and |
| Jury/Bench Trial | 8/31/2026 at 8:30 AM. |

Dated: December 24, 2024          **MESRIANI LAW GROUP**

/s/ *Sanaz Imani*
_____
SANAZ IMANI, ESQ. *(Of Counsel)*
Attorney for Plaintiff

Dated: December 24, 2024          LIVINGSTON LAW FIRM


_____ /s/ *Renee Welze Livingston*_____
RENEE WELZE LIVINGSTON, ESQ.
Attorney for Defendant
AMIGO MOBILITY INTERNATIONAL, INC.

**STIPULATION TO MODIFY SCHEDULING ORDER**

Dated: December 17, 2024            THARPE & HOWELL, LLP


                                              _____/s/ *Andrea Breuer*_____
                                              STEPHANIE FORMAN, ESQ.
                                              ANDREA BREUER, ESQ.
                                              Attorneys for Defendant
                                              LOWE'S HOME CENTERS, LLC


Dated: December 17, 2024            SANHU PERRINE LAW GROUP


                                              _____/s/ *Justin D. McManus*_____
                                              SUMAIR S. SANDU, ESQ.
                                              JUSTIN D. McMANUS, ESQ.
                                              Attorneys for Defendant
                                              DOC MAINTENANCE, INC.

IT IS SO ORDERED.


Dated:  January 13, 2025            *[signature: Daniel J. Calabretta]*
                                              Hon. Daniel J. Calabretta
                                              UNITED STATES DISTRICT JUDGE