1 | Renée Welze Livingston – SBN 124280
2 | LIVINGSTON LAW FIRM
    A Professional Corporation
3 | 1600 South Main Street, Suite 280
    Walnut Creek, CA  94596
4 | Tel: (925) 952-9880
    Fax: (925) 952-9881
5 | Email: rlivingston@livingstonlawyers.com

6 | Attorneys for Defendant
    AMIGO MOBILITY INTERNATIONAL, INC.
7 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MOHAMMAD DADKHAH TEHRANI, | ) Case No. 2:24-CV-00484-DJC-JDP |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **DISMISS AMIGO MOBILITY** |
| v. | ) **INTERNATIONAL, INC. WITH** |
| | ) **PREJUDICE** |
| DOC MAINTENANCE, INC.; LOWE'S COMPANIES, INC.; LOWES HIW, INC.; AMIGO MOBILITY INTERNATIONAL, INC.; and DOES 1-100, inclusive, | ) |
| Defendants. | ) |

Pursuant to Fed. Rules of Civ. Procedure section 41(a)(2), it is hereby stipulated by and between plaintiff MOHAMMAD DADKHAH TEHRANI and defendant AMIGO MOBILITY, INTERNATIONAL, INC., through their respective attorneys of record, that the Complaint of plaintiff MOHAMMAD DADKHAH TEHRANI against AMIGO MOBILITY INTERNATIONAL, INC. in the above captioned action shall be dismissed with prejudice in exchange for AMIGO MOBILITY INTERNATIONAL, INC.'s waiver of costs.

///

///

///

///

*Tehrani v. DOC Maintenance, Inc., et al.,* Case No. 2:24-CV-00484-DJC-JDP
STIPULATION AND ORDER TO DISMISS AMIGO MOBILITY INTERNATIONAL, INC. WITH PREJUDICE
-1-

SO STIPULATED.

Dated: September 8, 2025_   MESRIANI LAW GROUP

By _____
Sanaz Imani
Attorneys for Plaintiff
MOHAMMAD DADKHAH TEHRANI

Dated:  September 16, 2025   LIVINGSTON LAW FIRM

By */s/ Renée Welze Livingston*
Renée Welze Livingston
Attorneys for Defendant
AMIGO MOBILITY INTERNATIONAL, INC.

## ORDER FOLLOWING STIPULATION

Based upon the stipulation of the above parties, and for good cause appearing, the Court hereby dismisses defendant AMIGO MOBILITY INTERNATIONAL, INC. from plaintiff's Complaint with prejudice.

IT IS SO ORDERED.

Dated:  September 16, 2025       /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE