# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD DADKHAH TEHRANI,<br><br>  Plaintiff,<br><br>  v.<br><br>DOC MAINTENANCE, INC., ET AL.,<br><br>  Defendant. | Case No.:  2:24-cv-00484-DJC-JDP<br><br>**JUDGMENT IN A CIVIL CASE** |

This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendant Doc Maintenance, Inc. in the amount of SEVEN THOUSAND AND FIVE HUNDRED DOLLARS AND ZERO CENTS ($7,500.00), inclusive of costs and attorney's fees in accordance with the Notice of Acceptance of Offer of Judgment under Federal Rule of Civil Procedure 68, ECF No. 21, filed on 11/7/2025.

ENTERED:  November 10, 2025         Keith Holland, Clerk of Court

/s/ G. Michel
by G. Michel, Deputy Clerk